**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

**CIVIL ACTION NO. 03-738-C**

**TRISHA HARMAN,**                                                                              **PLAINTIFF,**

**V.**                      **MEMORANDUM OPINION AND ORDER**

**SULLIVAN UNIVERSITY
SYSTEM, INC., ET AL.,**                                               **DEFENDANTS.**

\* \* \* \* \* \* \* \* \* \*

This matter is before the court on the motion of the defendants, to alter or amend the order dated June 20, 2005, related to the expert testimony of Dr. Edward Mazze. The court, having reviewed the record and being otherwise sufficiently advised, will deny the motion.

This court's previous order limits Dr. Mazze's testimony to his opinions about the accreditation process. The defendants ask this court to alter or amend the June 20th order to further limit Dr. Mazze's testimony. The defendants seek to exclude his testimony about the applicability of the Federal Trade Commission ("FTC") Guidelines to the defendants, arguing that such testimony is fundamentally unsupported, highly prejudicial, and irrelevant to the issues in this case. The defendants have failed to show that this testimony should be excluded. Since Dr. Mazze is qualified to testify as an expert about the FTC Guidelines, the testimony is a proper subject for an expert, and the testimony is relevant to the claims in this case, it will not be excluded at this time. Accordingly,

**IT IS ORDERED** that the motion of the defendants to alter or amend this court's order of June 20, 2005, (DE 71) is **DENIED**.

Signed on  July 19, 2005

**Jennifer B. Coffman, Judge**
**United States District Court**